Argued and submitted March 31, reversed with instruction to dismiss indictment
April 22, respondent's motion for reconsideration allowed by opinion
October 14, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## ROGER JOHN COVEN,
*Appellant.*

(10-90-05327A; CA A68722)

828 P2d 1063

Peter Gartlan, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed with instruction to dismiss indictment. *State v. Andrade-Torres*, 109 Or App 153, 817 P2d 296 (1991).